```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  03/19/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KERI-LYNN CHERY

                Plaintiff,

              - against -

SHREE HARIKRUSHAN PHYSICAL THERAPY,
P.C. et al.
                Defendants.
------------------------------------------------------------X

**ORDER**

7:24-cv-08682-NSR

Román, D.J.:

    The Court having been informed that the Parties have reached an agreement on all issues, it is hereby

    ORDERED, that the above-entitled action be and hereby is discontinued, subject to reopening should the agreement not be consummated within forty-five (45) days of the date hereof.

    The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the agreement to the Court within the next 45 days with a request that the agreement be "so ordered" by the Court.

Dated:    March 19, 2025
              White Plains, New York

SO ORDERED.

_____
Nelson S. Román, U.S.D.J.